**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

Name: _Hawes          Terry          Ray_
      *(Last)*            *(First)*           *(Middle)*

Prisoner Number: _AB 7051_

Institutional Address: _P.O. Box 1050_
_Soledad, ca-93960-1050_

**FILED**

DEC 21 2015

SUSAN Y. SOONG
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

_Terry Ray Hawes_
*(Enter your full name.)*

vs.

_Jerry Brown, Governor_
_Jennifer Kent, director of dept.,_
_of health care services which govern_
_medi-cal_
*(Enter the full name(s) of the defendant(s) in this action.)*

)
)
)
)
)
)
)
)
)
)
)

**CV 15 5866**

Case No. _____
*(Leave blank; to be provided by Clerk of Court)*

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**WHA**

**(PR)**

## I. Exhaustion of Administrative Remedies.

*Note:* You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A.    Place of present confinement _Salinas valley state prison_

B.    Is there a grievance procedure in this institution?    YES ☑    NO ☐

C.    If so, did you present the facts in your complaint for review through the grievance procedure?    YES ☐    NO ☑

D.    If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

     1. Informal appeal: _This person is not an employee of the_
_C.d.c.R._

COMPLAINT *Page 1 of 4*

2. First formal level: _____

_____

_____

3. Second formal level: _____

_____

_____

4. Third formal level: _____

_____

_____

E.    Is the last level to which you appealed the highest level of appeal available to you?

        YES ☐      NO☐  N/A

F.    If you did not present your claim for review through the grievance procedure, explain why.

Jennifer kent is not an emplyee of the C.d.c.R.

_____

_____

## II.  Parties.

A.    Write your name and present address.  Do the same for additional plaintiffs, if any.

Terry R. Hawes #AB7051, unit d-3 cell 203 Salinas Valley
State prison P.o.Box 1050, Soledad, Ca-❓93960-1050

_____

B.    For each defendant, provide full name, official position and place of employment.

Jerry Brown governor The capitol building, sacramento,
Ca-95814
Jennifer kent director Health care services, Health care
options, P.o.Box 989009, west sacramento, Ca-95798-9850

_____

_____

_____

COMPLAINT *Page 2 of 4*

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

_See 4 hand written pages of complaint_

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

_25 million dollars_

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this _14_ day of _December_, 20_15_

_Jerry R. Hardes_
_(Plaintiff's signature)_

_Please continue to the next page._

COMPLAINT _Page 3 of 4_

## MAGISTRATE JUDGE JURISDICTION

Please indicate below by checking **one** of the two boxes whether you choose to consent or decline to consent to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☑ **Consent** **to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment.

**OR**

☐ **Decline** **Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment.

Signed this 14 day of december , 2015

_Leroy R. Harris_
*(Plaintiff's signature)*

COMPLAINT *Page 4 of 4*

# Complaint page .1

Your Honor hearing this complaint I am not a lawyer, I dont even consider myself to be what some people in prison consider themselves to be "jail-house lawyers"

But I know common sense so I know when I've been done wrong and because I'm innocent of the crime(s) I am in prison on I realize I've been done wrong. So, I'm going to attempt to write this complaint as though I were sitting down face to face explaining to you my situation.

Please further keep in mind I only have a sixth grade education and a mental health diagnoses dating to 1986 of paranoid scizophrenia.

I consider myself to be nothing more than a simple, basic homeless person whom greatly enjoyed his freedom and smoking his medical marijuana and wants to do the right proceedures it takes to get reunited with his hippy, homeless, marijuana smoking, free, life. Of which filing this complaint is one of those steps.

On 8-31-05 I was arrested in Santa Cruz California on a warrant issued out of marin county, on my Santa Cruz booking shoot under the section where my address should be it says: transient, which indicates I'm homeless and under the section that says: occupation, it reads: disabled, which indicates I'm on welfare benefits and S.S.I. and medi-cal goes hand in hand with disability. Now the medi-cal choice form is used to place a county prisoner in a conservatorship and place them in a state hospital indefinately, especially when there is a chance the person may be found not guilty on the criminal court level.

Now, keep in mind when the medi-cal system is notified to send a medi-cal choice form (notified typicly via E.mail) it takes them about 3 days to process the request.

Further keep in mind upon my arrest of 8-31-05 in Santa Cruz that marin county sheriffs office was notified of the arrest that day and

over→

Complaint page 2

most assuredly all the information on the booking sheet was provided to marin county.

So the arrest was 8-31-05, the date under the barcode on the cover of the medi-cal choice form instruction booklet cover is: 9-7-05. only 7 days after my arrest.

And my complaint with medi-cal issuing this this choice form is that a person cannot be placed in a conservatorship until after they have been found incompetent or a danger to themselves or others and it takes a judge to declare that and for safety-net reasons medi-cal should be contacted by the court that makes that declaration and that couldnt have happed because at this point I had never seen the inside of a courtroom and this should have been evidenced by the fact that the medi-cal benefits I was recieving as a free person had yet to be terminated as the discontinuance of the benefits I was recieving as a free person is dated: September 16, 2005 (9-16-05)

So therefore my rights to A proper process of rights were violated by medi-cal and were done so premeditatedly with forethought which is different then, well like when a person comes home to find their spouse in bed with a stranger and that person kills them both. — a criminal act but not punishable as when a person premeditatedly plans out to kill a person(s).

So this left law enforcement no choice but to convict me or leave the state open for a law suit. This is evidence by the responce I gave as testimony on the stand at trial. See copy of letter by defence attorney Jon. P. Rankin

And I was arrested on a criminal matter and not a 5150. which is a danger to self or others.

# Complaint page 3

And the medi-cal choice form with a place for 3 _adult_ signatures but only one adult on it for benefits is because it takes 3 adults to place a adult in a conservatorship and when a adult is in a conservatorship that adult can get limited benefits.

And another point of interest is that because there is a bar code on the choice form they (the powers that be) didnt even trust me to furnish my social security number because as it says on the choice form instruction booklet page in section 6b" Do nothing if there is a bar code, in this space"

So this further aludes to premeditation by the states medi-cal system to place me in a conservatorship. which intent is the same as the legal issue So legaly speaking I shouldnt even be in a state prison.

It just so happens that with the way the choice form was addressed which is? To the addressee or guardian of — the my name and the C/o (care of) marin county jail and the jail address, and of course when your in jail your guardian is the sheriff.

Also — and this is something I think a lawyer might be able to do. If you serve my complaint on the governor I believe a lawyer could not only get a cash settlement but also my freedom from this section of pavement of a wrongfull conviction. That section of pavement being me being issued the choice form., I could be incorrect about also getting my freedom if I had a lawyer. but I sure have been done wrong by medi-cal thee alleged good guys issueing poor people health insurance but my case proves those"good"guys hide behind a facade of goodness and not a true goodness.

Also IF and only if you would be willing to apoint an attorney on this complaint I would appreciate it, but if not I'm willing to prosecute it myself.

The conviction on my case didnt happen until 8-2009. ⟶

# Complaint Page 4

Oh, and by the way one might consider with the way the letter from medi-cal dated 9-27-05 is started with "welcome" that my conservator has already chosen what benefits they want me to have. And I'm no expert but I never heard anything about medi-cal privatizing the medi-cal benefits by offering Kaizer Permanente as being available as health care insurance as they are some costly benefits. Perhaps that is why the people recieving regular benefits via medi-cal are having such a hard time getting doctors to accept them as patients, as I hear on the news that medi-cal is not paying doctors for several months after rendering services. Some news reports say medi-cal is failing

As I believe Kaiser Permanente is a european based company as the word "Kaiser" is the German word for "King" so why should American (california) public (tax payer) dollars go to fund directly a foriegn corporation.

And yet it may be important for a jury to know also whats on this page 4 of my complaint as a jury is made up of the "general public" it gives them a better perspective as to "if" I am suitable to be in a conservatorship.



CITY OF
# SANTA CRUZ

P O L I C E   D E P A R T M E N T
155 Center Street, Santa Cruz, CA 95060 • (831) 420-5810 • Fax (831) 420-5811
Kevin Vogel, Chief of Police

February 7, 2013

Terry R. Hawes, #AB7051
Unit A-2, Cell 101 Low
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

Reference:  Santa Cruz Police Department case #05S-09501

Dear Mr. Hawes:

I am in receipt of your handwritten letter dated February 3, 2013. I have reviewed the case involving your arrest by the Santa Cruz Police Department on August 31, 2005. All personal property that was taken from you during the course of your arrest was delivered to the custody of Detective Chapman of the Marin County Sheriff's Office. We are not holding any property associated with your arrest.

As you requested, I have enclosed a copy of the warrant abstract for your arrest on August 31, 2005. If you have any additional questions related to your arrest, I suggest you contact the Marin County Sheriff's Office. They conducted the investigation that lead to the issuance of the warrant for your arrest.

Sincerely,

Kevin Vogel
Chief of Police

Cc:  Marin County Sheriff's Office

```
OQ 10:59:06
1BTUC.SCK0 SCZ0.SCK SCZ
TXT
SANTA CRUZ POLICE DEPARTMENT / SAN TA CRUZ JAIL
************** WARRANT ABSTRACT **************
RE: HAWES,TERRY RAY  DOB 02/10/1963  WMA  506/130  BLU/BRO
MARIN COUNTY SHERIFF HOLDS THE FOLLOWING FELONY ARREST WARRANT:
SC143294A    ISSUED 08/26/2005    MARIN COURTS    JUDGE/SUTRO
VIO/PC 289 A1, PC 245 A1, PC 664/261,PC 136 1,PC 220, PC 243 D  BAIL/650,000
PLEASE PLACE A HOLD ON THE ABOVE DEFENDANT IN YOUR CUSTODY AND VERIFY
RECEIPT OF THIS T/T TO BTUC WITH DISPOSITION
THANK YOU FOR YOUR ASSISTANCE
WARRANTS  415-499-7297    BTUC    08312005
ROBERT T DOYLE    SHERIFF    MARIN COUNTY
20050831 1100 HRS  /2292
```

BOOKING #

## SANTA CRUZ COUNTY SHERIFF-CORONER
## BOOKING SHEET

**B-396904**

| NAME | LAST | FIRST | MIDDLE | ARREST DATE/TIME | | ARREST REPORT # | BOOKING DATE/TIME |
|------|------|-------|--------|------------------|--|-----------------|-------------------|
| | HAWES, TERRY RAY | | | 08/31/05   1043 | | 0SS-09501 | 08/31/05  1639 |

| S-NUMBER | CII # | FBI # | SOC. SEC. # | BOOKING FACILITY | BOOKING OFFICER |
|----------|-------|-------|-------------|------------------|-----------------|
| S-218492 | A26439239 | 230627W3 | 425137093 | WATER ST | C O G  CERVANTES |

| HOME ADDRESS | CITY | STATE | PHONE # | BOOKING TYPE |
|--------------|------|-------|---------|--------------|
| 115 CORAL ST | SANTA CRUZ | CA | | WARRANT |

| RACE | SEX | AGE | DATE OF BIRTH | P.O.B. | DRIVERS LICENSE #(OR ID #) | STATE | PAROLE/PROB. | AGENT |
|------|-----|-----|---------------|--------|-----------------------------|-------|--------------|-------|
| WHITE | M | 42 | 02/10/63 | IN | | | | |

| HAIR | EYES | HT. | WT. | LANGUAGE | ALIAS(ES) |
|------|------|-----|-----|----------|-----------|
| BRO | BLU | 506 | 130 | | HAWES, TERRY;HAWES, TERRY;HAWES, TERRY; |

| SALIENT CHARACTERISTICS |
|---|
| TAT BACK;TAT CHEST;TAT RF ARM; |

| EMERGENCY NAME | EMERGENCY ADDRESS | CITY | STATE | PHONE # |
|----------------|-------------------|------|-------|---------|
| | | | | |

| ARR. AGENCY | ARRESTING OFFICER | ID # | LOCATION OF ARREST | CITY | STATE |
|-------------|-------------------|------|--------------------|------|-------|
| SCPD | DAIN | 148 | 115 CORAL ST | SANTA CRUZ | CA |

| OCCUPATION | EMPLOYER | ADDRESS | CITY | STATE |
|------------|----------|---------|------|-------|
| DISABLED | UNEMPLYED | | | |

| CHARGES | WARRANT # | ISSUING AGENCY | BAIL | RES |
|---------|-----------|----------------|------|-----|
| PC 289(A)(1),PC 245(A)(1),PC 243(D), | SC143294A | MARIN CO | 650000 | |
| CHARGES | WARRANT # | ISSUING AGENCY | BAIL | RES |
| CHARGES | WARRANT # | ISSUING AGENCY | BAIL | RES |
| CHARGES | WARRANT # | ISSUING AGENCY | BAIL | RES |
| CHARGES | WARRANT # | ISSUING AGENCY | BAIL | RES |
| CHARGES | WARRANT # | ISSUING AGENCY | BAIL | RES |
| CHARGES | WARRANT # | ISSUING AGENCY | BAIL | RES |
| CHARGES | WARRANT # | ISSUING AGENCY | BAIL | RES |

CONTROLLED DOCUMENT
TO: *Terry Hawes*
FOR OFFICIAL USE ONLY
NOT TO BE PHOTOCOPIED NOR IS ANY
INFORMATION HEREIN TO BE GIVEN TO
UNAUTHORIZED AGENCIES OR PERSONS.
DATE: 5-5-12  BY: ED
SHERIFF-CORONER SANTA CRUZ COUNTY

'05 SEP 1 AM 11:22

THIS DEFENDANT HAS BEEN INFORMED OF HIS/HER RIGHT TO APPEAR BEFORE A MAGISTRATE PER SECTION 821 and OF THE PENAL CODE. DEFENDANT ☐ DID ☒ DID NOT REQUEST APPEARANCE BEFORE A MAGISTRATE.

☞
INMATE SIGNATURE

OFFICER SIGNATURE                                                      BADGE NO.

I HAVE BEEN PERMITTED ACCESS TO A PHONE AND I WAS GIVEN THE OPPORTUNITY TO COMPLETE TWO (2) PHONE CALLS PER 851.5 PC

☞
INMATE SIGNATURE

☞
OFFICER SIGNATURE                                      76                BADGE NO.

RELEASED TO OFFICER SIGNATURE   1608  DEPARTMENT  MCSO   BADGE NO. 1608

| DATE | TIME | RELEASE TYPE | BND #/RECEIPT # | BONDSMAN/OTHER | BOND AMT | BADGE # |
|------|------|--------------|-----------------|----------------|----------|---------|
| 9/1/05 | 1623 19 | ☐ OR ☐ BD ☐ DT ☐ 10% ☐ CB ☐ TS ☐ 849 ☐ OT | | | | |
| DATE | TIME | ☐ OR ☐ BD ☐ DT ☐ 10% ☐ CB ☐ TS ☐ 849 ☐ OT | | | | |

☐ WITH DETAINER

RELEASING OFFICER
DET-SHF-013A (8-83)   **BOOKING RECORD COPY**

Released to marin co

Distribution:  MT/JM
White—Booking Record    Canary—SHF. Record
Blue—Courts              Pink—P.R.
Green—D.A.O.             White—Control Copy

Box # **443** New # S-218492    CU A26439239    FBI 23062703

# SANTA CRUZ COUNTY FIELD ARREST REPORT

| NAME: LAST | FIRST | MIDDLE | ARREST DATE | ARREST TIME | ARREST CASE # |
|---|---|---|---|---|---|
| HAWES | TERRY | Ray | 8-31-05 | 1042 | 055-09501 |

| ADDRESS | CITY | STATE | PHONE# | D.O.B. |
|---|---|---|---|---|
| TRANSIENT | SANTA CRUZ | CA | — | 2-10-63 |

| AGE | CITY, STATE OF BIRTH | SOC. SEC.# | RACE | SEX | HAIR | EYES |
|---|---|---|---|---|---|---|
| 42 | EVANSVILLE INDIANA | 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 | U | M | BRN | BLU |

| HGT | WGT | DL/ID# | STATE | LANGUAGE | EMERGENCY NAME, PHONE# |
|---|---|---|---|---|---|
| 5-6 | 130 | | | ENGLISH | — |

| CHARGES: FA[ ] WA[X] | FA[ ] WA[ ] | FA[ ] WA[ ] | FA[ ] WA[ ] | FA[ ] WA[ ] | FA[ ] WA[ ] | FA[ ] WA[ ] | FA[ ] WA[ ] | FA[ ] WA[ ] |
|---|---|---|---|---|---|---|---|---|
| WARRANTS | | | | | | | | |

| HOLDING AGENCY: WRTS | OCCUPATION | EMPLOYER | PHONE# |
|---|---|---|---|
| Marine County | Disabled | Unemployed | |

| ARRESTING AGENCY OFFICER | ID# | LOCATION OF ARREST (ADDRESS/CITY) |
|---|---|---|
| SCPD    J. DAIN | 145 | 115 CORAL ST, SANTA CRUZ |

| VEHICLE YR | MAKE/MODEL | COLOR | LICENSE#/STATE | VEHICLE LOCATION/DISPO: PARKED [ ] TOWED [ ] |
|---|---|---|---|---|
| | | | | |

| PROB/PAROLE OFFICER | CHEM TEST: REFUSED ☐ | SCARS/MARKS/TT/ALIAS |
|---|---|---|
| | BLOOD ☐ BREATH ☐ URINE ☐ | MARIJUANA LEAF TATTOO on upper right back |

| RELATIONSHIP TO VICTIM: WEAPON: |
|---|
| Chest Skull |

| INJURIES: MINOR ☐ MAJOR ☐ HOSPITAL: |
|---|
| RA Sign 1st Century Christian |

## NOTES/CO-DEFENDANTS

## PROPERTY INVENTORY LIST (TO BE FILLED IN AT TIME OF SEARCH)

| WALLET | | | | | JACKET | COLOR: |
|---|---|---|---|---|---|---|
| KNIFE | | | | | SWEATER | COLOR: |
| BELT | | | BUCKLE | | SHIRT/BLOUSE | COLOR: U |
| KEYS | Y | W | O | | PANTS | COLOR: N |
| WATCH, COLOR | | | | BRAND | DRESS/SKIRT | COLOR |
| | | | | STONE | 2 SHOES | COLOR: BLK |
| | | | | STONE | HAT | COLOR:: |
| | | | | STONE | MISC ITEMS | COLOR: |
| | | | | STONE | DUFFLEBAG | BRIEFCASEE |
| | | | | STONE | SUITCASE | |
| | | | | STONE | PURSE | |
| | | | | STONE | BACKPACK | |
| | | | | STONE | BEDROLL | |
| MONEY | | | | | | |
| MEDICAL ALERT JEWELRY | | | | | | |
| LIST ITEMS TAKEN AS EVIDENCE | | | | | | |

CONTROLLED DOCUMENT
TO: Terry Hawes
FOR OFFICIAL USE ONLY
NOT TO BE PHOTOCOPIED NOR IS ANY
INFORMATION HEREIN TO BE GIVEN TO
UNAUTHORIZED AGENCIES OR PERSONS.
DATE 1-5-13 BY GD
SHERIFF-CORONER SANTA CRUZ COUNTY

| OFFICER NAME/BADGE/AGENCY: |
|---|
| |

| RECORDING OFFICER/BADGE# J. DAIN 145 | SEARCHING OFFICER/BADGE# |
|---|---|

| DEFENDANT SIGNATURE |
|---|

I have received all money and property held for me while in custody:    Ending cash balance: $

| DATE 9/1/05 | DEFENDANT | RELEASING OFFICER/BADGE# |
|---|---|---|

DET-1105 11/96

MCSO 1608

CALIFORNIA DEPARTMENT OF HEALTH SERVICES
Health Care Options, P.O. Box 989009
West Sacramento, CA 95798-9850

RETURN SERVICES REQUESTED
To the addressee or guardian of:

▶ 1 — |||||||||||||||||||||||||||| 1-9951759OE-09/07/05 ◀

SA_05 000111_721_582M_2511

TERRY HAWES
C/O MARIN COUNTY JAIL
13 PETER BEHR DR
SAN RAFAEL CA 94903

*date* (handwritten, pointing to 09/07/05)

*Instruction booklet cover* (handwritten)



**Health Care Options**

(handwritten) ᵍ SLO Town Area
code
805





DEPARTMENT OF
HEALTH SERVICES

---

**ENGLISH**
1-800-430-4263
Written materials are available

**العربية**
ARABIC
1-800-576-6881
توفر معلومات مطبوعة

**Հայերեն**
ARMENIAN
1-800-840-5032
Գրավոր նյութեր գոյություն ունեն

**ខ្មែរ**
CAMBODIAN
1-800-430-5005
មានឯកសារជាលាយលក្ខណ៍អក្សរ

**粵語**
CANTONESE
1-800-430-6006
可以提供書面材料

**فارسی**
FARSI
1-800-840-5034
مطالب به زبان های زیر موجود است.

**HMOOB**
HMONG
1-800-430-2022
Cov ka uas xus hauv ntawv los muaj kiab

**한국어**
KOREAN
1-800-576-6883
시면기료회 이용과 가능합니다

**國語**
MANDARIN
1-800-576-6885
可以提供書面材料

**Русский**
RUSSIAN
1-800-430-7007
Доступны материалы в письменном виде

**ESPAÑOL**
SPANISH
1-800-430-3003
Se dispone de material escrito.

**TAGALOG**
TAGALOG
1-800-576-6890
May mga nakasulat na materyales

**Tiếng Việt**
VIETNAMESE
1-800-430-8008
Có các tài liệu dưới dạng văn bản

**TDD**
1-800-430-7077



# MEDI-CAL CHOICE FORM

Use this form to join or change a health plan, to choose Regular Medi-Cal. If you need help filling out this form call 1-800-430-4263.
Mail Completed form to: California Department of Health Services • Health Care Options • box 989009 W. Sacramento CA 95798-9850

PLEASE PRINT CLEARLY USING BLUE OR BLACK INK ONLY   COMPLETELY FILL IN THE OVALS  ● TO INDICATE YOUR CHOICE SEE BACK FOR EXAMPLE

1) Head of Household Name (First Name, Last Name): **T E R R Y   H A W E S**   ○M
3) Telephone Number

4) Home Address (House Number, Street, Apartment Number, City, and Zip Code): **C / O . M A R I N . C O U N T Y . J A I L . 1 3 . P E T E R . B E H R . D I**

Please choose a Health Plan from the list for each member listed. The Doctor/Clinic Codes can be found in the Health Plan Provider Directory.
If you do not want to join a Medi-Cal health Plan, fill in the oval for Regular Medi-Cal (Fee-For-Service).

**HEALTH PLANS**

5) Applicant's Name (First Name, Last Name): **T E R R Y   H A W E S**   ○M

○ I wish to JOIN or change my plan to:   ○ NO Plan change
○ 081 Kaiser Permanente
○ 000 Regular Medi-Cal (FFS)

Doctor/Clinic Code:

Enter plan change reason code: ☐

*Handwritten:* I want medical too know that a Doctor has made statements about me to certain government agencys without my permission or approval or consulting me find this Doctor whom ever He/or/she might be is not someone I have had a choice in es for a Doctor and Do not even know whom this Doctor is

5) Applicant's Name (First Name, Last Name):   ○M

○ I wish to JOIN or change my plan to:
○ 081 Kaiser Permanente
○ 000 Regular Medi-Cal (FFS)

Doctor/Clinic Code:

Enter plan change reason code: ☐

*Handwritten:* I would very much so want a complete investigation into this matter and to speak directly face to face with some one from Dept of Health services main office "not local office" to get

5) Applicant's Name (First Name, Last Name):   ○M

○ I wish to JOIN or change my plan to:
○ 081 Kaiser Permanente
○ 000 Regular Medi-Cal (FFS)

Doctor/Clinic Code:

Enter plan change reason code: ☐

*Handwritten:* to the center of this investigation that must happen. Without Delay.

**\*PLAN CHANGE REASON CODES:**
Code 1: I could not choose the doctor or dentist I wanted
Code 2: The health/dental plan did not meet my needs
Code 3: My doctor/dentist did not meet my needs

Code 4: Too far to go
Code 5: I did not choose this plan
Code 6: Moving out of the county

Code 7: DO NOT USE
Code 8: DO NOT USE
Code 9: Other

NOTICE: I have read the plan description. I understand that Kaiser requires the use of binding neutral arbitration to resolve certain disputes. This includes disputes about whether the right medical treatment was provided (called medical malpractice) and other disputes relating to benefits or the delivery of services. If I pick Kaiser, I give up my right to a jury or court trial for those certain disputes. I also agree to use binding neutral arbitration to resolve those certain disputes. I do not give up my right to a State hearing of any issue, which is subject to the State hearing process.

CHOICE STATEMENT: I/We have read my/our written choice to receive Medi-Cal benefits by joining in the medical plan or by receiving Regular Medi-Cal (Fee-For-Service). If eligible for Medi-Cal, I/we understand that each family member will receive health care benefits as I/we have indicated on this form. I/We have read and understand the conditions of this agreement. I/We understand that in order to disenroll from my/our current Medi-Cal health plan, I/we must complete this form.

Head of Household's Signature   Date: 9/24/05
Other Adult's Signature   Date
Other Adult's Signature   Date

Highly Confidential



4122573901

MU_0003451_ENG_0604

State of California - Health and Human Services Agency          NOTICE TYPE    7A
Department of Health Services                                   NOTICE PREPARATION DATE:
Medical Assistance                                             September 16, 2005


                MEDI-CAL
            NOTICE OF ACTION                    DISCONTINUANCE OF SSI/SSP MEDI-CAL
                                                              OTHER
                        OTO0408

        HAWES           TERRY
        TERRY HAWES
        C/O MARIN COUNTY JAIL
        13 PETER BEHR DR
        SAN RAFAEL, CA
                                    94903


le Social Security Administration (SSA) has notified us that you are no longer eligible
> receive a Supplemental Security Income/State Supplementary Payment (SSI/SSP) check.
cause of this, you will not be eligible for SSI/SSP-based Medi-Cal after
ptember 30, 2005.

e regulations which require this action are California Administrative Code, Title 22,
ctions 50227 and 50703.

" YOU HAVE CONTACTED SSA AND HAVE BEEN TOLD THAT YOU WILL ONCE AGAIN RECEIVE AN SSI/SSP
CK, PLEASE DISREGARD THIS NOTICE. SSA WILL NOTIFY THE DEPARTMENT OF HEALTH SERVICES TO
N ON YOUR PLASTIC CARD. THIS REINSTATEMENT PROCESS NORMALLY TAKES 4 TO 6 WEEKS.
YOU HAVE A MEDICAL EMERGENCY AND NEED YOUR PLASTIC CARD TURNED ON BEFORE THE
NSTATEMENT PROCESS HAS BEEN COMPLETED, CONTACT YOUR LOCAL SSA OFFICE AND THEY WILL.
UE YOU AN ELIGIBILITY REFERRAL FORM WHICH YOU CAN TAKE TO THE LOCAL COUNTY WELFARE
ARTMENT. THEY WILL TURN ON YOUR PLASTIC CARD FOR THE MONTHS TO WHICH YOU ARE ENTITLED."

l though you are no longer eligible for SSI/SSP-based Medi-Cal, you may still be
ible for Medi-Cal benefits under another Medi-Cal category.  If the State has been
ng your Medicare Part B premiums, you may again be eligible for this benefit.  There
however be a break in coverage during which Part B premiums may be taken out of your
e II Social Security check, you may receive a bill for your Part B premiums.  To
mize this break, we recommend that you contact your county welfare office as soon as
ible to apply for Medi-Cal.  You should take any bill which you have received to the
nse office when you apply.  If premiums have been withheld from your check, you
ld notify the county welfare office when you apply.  The county welfare office
advise you regarding how you can get a refund or get the bill paid for by Medi-Cal
OU ARE INTERESTED IN CONTINUING TO RECEIVE MEDI-CAL BENEFITS, COMPLETE THE APPLICATION
TATEMENT OF FACTS FORMS THAT ARE ATTACHED. Mail them IMMEDIATELY to the county
re department at the following address:

                        Marin County
                        Dept of Health & Human Service
                        Attn:   Medi-Cal Intake Unit
                        Telephone (415) 499-7084
                        Civic Center Brnch PO Box 4160
                        San Rafael CA 94913


THROW AWAY YOUR PLASTIC CARD! YOU CAN USE IT AGAIN.



# MARIN COUNTY SHERIFF'S OFFICE

3501 Civic Center Drive, Room 145, San Rafael, CA 94903

**ROBERT T. DOYLE**
Sheriff - Coroner
**TIMOTHY J. LITTLE**
Undersheriff

AREA CODE 415

24-HOUR NUMBER
473-7233

June 17, 2012

FAX
473-4126

ADMINISTRATION
473-7250

**NAME:**     HAWES, TERRY RAY
**DOB:**      02/10/1963
**CDC:**      AB7051

CIVIL
473-7282

COMMUNICATION
SERVICES
473-7243

THIS WILL VERIFY THAT YOU WERE IN THE
CUSTODY OF THE MARIN COUNTY SHERIFF ON THE
FOLLOWING DATE(S):

CORONER
473-6043

## DATE ARRESTED          ## DATE RELEASED

COURTS
473-7393

06/09/2006               12/31/2009
09/02/2005               02/16/2006

EMERGENCY
SERVICES
473-6584

INVESTIGATIONS
473-7265

SINCERELY,

JAIL
473-6655

ROBERT T. DOYLE,
**Sheriff, County of Marin**

MAJOR CRIMES
TASK FORCE
884-4878

By_____
**Scott Licatovich**
**Legal Process Specialist**

PATROL
473-7233

RECORDS
473-7284

WARRANTS
473-7297

"In Partnership with our Communities"
www.marinsheriff.org    www.co.marin.ca.us

JOSEPH SHIPP, ATTORNEY AT LAW
Post Office Box 20347
Oakland, California 94620
Telephone: (510) 530-9043

ATTORNEY-CLIENT COMMUNICATION

September 28, 2011

Terry Ray Hawes AB-7051
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Re:    *People v. Hawes*
       Appeal No. A127151

Dear Mr. Hawes,

I enclose minute orders from September 2005 to June 2009 in your case; as you requested, they should show you were found incompetent (Pen. Code 1368), then allowed to represent yourself (waive counsel) at the preliminary hearing (see the minute orders for 12/15/05 and 7/10/06; the minute orders list your charges too). The rest of the transcripts are all bound together, so I would need to send the whole volumes to you. I would like to send the rest of the transcripts because they would be very helpful for your writ; the rest of the transcripts includes your complaints about forced medication, plus rulings about incompetency and self-representation. If you have the minute orders, you might as well have the rest of the transcripts (it's about a box full). Please let me know and I will send the full clerk's and reporter's transcripts to you (not the appeal briefs, just the rest of the transcripts). I wish the court would let me add your other issues to the appeal, but they do not allow new information in the appeal, only in a writ. Also, I am not a federal attorney so I would have to send you the federal habeas form to sign and send to the federal court in pro per on our appeal argument; I will remind you about this later if we lose the appeal. Well, I wish you would let me send our appeal briefs, not just the transcripts, but it is up to you. Please let me know if I can send the rest of the transcripts (not the briefs); I think they would help you.

Very truly yours,

Joseph C. Shipp, Attorney at Law

# Jon P. Rankin
## Attorney-At-Law

April 05, 2013

Terry Hawes
CDC # AB7051
Salinas Valley State Prison
P.O. Box 1050
Soledad, Ca 93960-1050

Dear Mr. Hawes,

In response to your three most recent letters I have previously explained to you that the case file is stored off site and not easily accessible.

You were previously given copies of the police reports and I am not in a position to retrieve, redact, and copy these reports. You should direct any appeal concerns to your appellate attorney.

I never filed a peremptory challenge on Judge Simmons because that is something that has to be done within 10 days of assignment to that judge. I was not appointed to your case until she had the case far longer than that.

I recall your testimony being entirely non-responsive to the questions posed and instead consisted of statements regarding involuntary medication resulting in memory loss and your perceived status as a political prisoner.

Yours truly,

JON P. RANKIN

## Join or Change a Health Plan

*Please complete sections for all members who want to join or change a health plan. Parts of this section may already be filled out for you.*

**5. APPLICANT'S NAME**
Print the full name (First and Last Name) of an individual member of your family.

**6. SEX**
Fill in oval M for male or F for female.

**6a. DUE DATE**
The due date is the day the baby is expected to be born. Please write the due date by month, day, and year. For example, December 2, 2003 would be entered as 12/02/03.

**6b. SOCIAL SECURITY NUMBER**
Do nothing if there is a barcode in this space. Otherwise, enter your Social Security Number.



Join or Change A Health Plan

**Join a Health Plan:**
Fill in the oval next to "I wish to JOIN or change my plan to:". Then, fill in the oval for your health plan choice.

**Change a Health Plan:**
Choose a reason for leaving the health plan from the shaded box called "*PLAN CHANGE REASON CODES" located at the bottom of the form. Write this code number in the box next to "Enter plan change reason code*".

**If the "*No Plan Change*" oval is available:**
Fill in the oval for "*No Plan Change*" if any member of the family listed on the choice form does not want to change health plans.

State of California    Health and Human Services Agency

# Department of Health Services
P.O. Box 989009
West Sacramento, CA 95798-9850

RETURN SERVICES REQUESTED
To the addressee or guardian of:

September 27, 2005
PV SR 7 21 - 99517590E

▶ 2 - ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ ◀

SA_05 000015_721_618M_263 1

TERRY HAWES
C/O MARIN COUNTY JAIL
13 PETER BEHR DR
SAN RAFAEL CA 94903

Welcome!

Enclosed is a choice form and instructions for the voluntary beneficiary(ies) listed on the form to join a Medi-Cal Managed Care health plan. Please refer to the packet of material that was already sent to you. Mail the completed choice form in the enclosed postage-paid envelope. Don't forget to keep the last copy of the form for your records.

If you or your family member(s) have any questions, call Health Care Options, toll-free, at 1-800-430-4263, between the hours of 8:00 a.m. and 5:00 p.m., Monday through Friday. If you need personal assistance, use the presentation schedule in this packet to find the nearest enrollment service representative and for a site location.

Take the first step toward providing yourself and your family with health care by completing a choice form today! Get a good start on the road to health!

U.S. POSTAGE >> PITNEY BOWES

$ 001.86⁰

ZIP 93960
02 1W
0001393392 DEC 15 2015

STATE PRISON
GENERATED MAIL

To: clerks office
united States district court
4150 Golden Gate Avenue Box 36060
San Francisco, ca 94102

RECEIVED

DEC 17 2015

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

INSPECTED BY

DEC 17 2015

U.S. MARSHALS SERVICE

Terry Hawes #md 1021
unit d-3 cell 203
Salinas Valley State prison
P.O. Box 1050
Soledad, ca 93960-1050



Clerks office
united states district court
450 Golden Gate Avenue Box 36060
San Francisco, ca -94102

Terry Hawes # AB7051
Unit d-3 cell 203
Salinas Valley State prison
P.O. Box 1050
Soledad, ca-93960-1050

